THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | CASE NO. C16-1866-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| U.S. DEPARTMENT OF COMMERCE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a briefing schedule and for leave to file over-length briefs (Dkt. No. 19). This motion is GRANTED. Defendants are permitted an additional 16 pages for their motion to dismiss. Plaintiff is permitted an additional 20 pages in opposition and Defendants' reply shall be no more than half the number of pages of Plaintiff's opposition.

Defendants' motion to dismiss shall be filed no later than April 7, 2017, and shall not exceed 40 pages. Plaintiff's response shall be filed no later than June 9, 2017, and shall not exceed 44 pages. Defendants' reply shall be filed no later than July 10, 2017, and shall not exceed half the length of Plaintiff's opposition.

1    DATED this 3rd day of April 2017.

2                                          William M. McCool
                                           Clerk of Court
3

4                                          /s/Paula McNabb
                                           Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26