THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>Defendant. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule (Dkt. No. 23). This motion is GRANTED. Plaintiff's response to Defendants' motion to dismiss (Dkt. No. 21) is extended from June 9, 2017 to June 23, 2017. Defendants' reply, if any, is extended from July 10, 2017 to August 15, 2017. The Clerk is directed to RENOTE Defendants' motion to dismiss (Dkt. No. 21) to August 15, 2017. The status conference scheduled for June 20, 2017 is hereby VACATED. The status conference is RESCHEDULED to October 31, 2017 at 9 a.m.

//

//

DATED this 1st day of June 2017.

            William M. McCool
            Clerk of Court

            /s/Paula McNabb
            Deputy Clerk