UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>Defendant. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion to extend date for the United States' reply in support of its motion to dismiss (Dkt. No. 33). This motion is GRANTED. Defendants must file their reply in further support of their motion to dismiss by August 25, 2017. The Clerk is DIRECTED to renote Defendants' motion to dismiss (Dkt. No. 21) to August 25, 2017.

//

//

//

//

DATED this 9th day of August 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk