UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for leave to file a surreply brief (Dkt. No. 37). Plaintiffs' believe their surreply is necessary to respond to new arguments in Defendants' reply brief in support of their motion to dismiss (Dkt. No. 35). Pursuant to Local Civil Rule 7(g), a surreply must be "strictly limited to addressing the request to strike. Extraneous argument or a surreply filed for any other reason will not be considered." The plaintiff failed to move to strike such argument within the time permitted by Local Civil Rule 7(g). Plaintiff now seeks leave to file a surreply with extraneous argument. This Court finds that good cause does not exist to grant this motion.

Plaintiff's motion is DENIED.

1       DATED this 12th day of September 2017.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk