THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon Defendants' Unopposed Motion to Extend Date for United States' Answer, Administrative Records, and Potential Motion for Reconsideration (Dkt. No. 40). The Motion is GRANTED. Defendants must file (1) any motion for reconsideration by October 6, 2017; (2) their answer to Plaintiff's First Amended Complaint by October 24, 2017; (3) the first part of the administrative record by October 24, 2017; and (4) the second part of the administrative record by November 22, 2017. The Court understands that the Parties dispute whether judicial review of Claim 6 should be on the administrative record. Entry of this Order does not prejudice any Party's position on that issue.

//

MINUTE ORDER C16-1866-JCC
PAGE - 1

1       Dated this 2nd day of October 2017.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk