THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADOVOCATES,<br><br>              Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>              Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion for reconsideration (Dkt. No. 42) of the Court's order granting in part and denying in part Defendants' motion to dismiss (Dkt. No. 39). Defendants identify several grounds upon which they allege the Court's order was in error with respect to Claims 5 and 6. (*See* Dkt. No. 42 at 2.) The Court DIRECTS Plaintiff to respond to Defendants' motion by Friday, October 20, 2017. The response shall not exceed 7 pages. Should Defendants wish to file a reply, it shall do so by Friday, October 27, 2017. Defendant's reply shall be limited to the issues raised in Plaintiffs' response and shall not exceed 4 pages. The Court DIRECTS the Clerk to renote the motion for reconsideration (Dkt. No. 42) to Saturday, October 28, 2017.

//

MINUTE ORDER, C16-1866-JCC
PAGE - 1

DATED this 10th day of October 2017.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk