# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendant. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion (Dkt. No. 51) to extend the time to file its reply brief in support of its motion to determine the scope of review for claim six (Dkt. No. 44). The Court GRANTS Plaintiff's motion to extend (Dkt. No. 51). Plaintiff's reply brief will be due November 3, 2017.

DATED this 26th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk