UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, <br><br> Plaintiff, <br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants. | CASE NO. C16-1866-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the date for Defendants to file the second part of the administrative record from November 22, 2017 to November 29, 2017 (Dkt. No. 59). Finding good cause, the Court GRANTS the motion.

DATED this 22nd day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk