UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion for an extension of time to amend pleadings and to join additional parties (Dkt. No. 64). The motion is GRANTED. The deadlines will be extended from January 5, 2018 to January 19, 2018.

DATED this 5th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk