THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion (Dkt. No. 69) to extend the date to respond to the motion to intervene (Dkt. No. 67) by the Washington State Farm Bureau Federation and the Washington Cattleman's Association ("Intervenors"). Finding good cause, the Court GRANTS Defendants' motion (Dkt. No. 69). Defendants' response is due February 5, 2018 and Intervenors' reply, if any, is due February 9, 2018. The Clerk is DIRECTED to re-note the motion (Dkt. No. 67) to February 9, 2018.

//

//

//

MINUTE ORDER
C16-1866-JCC
PAGE - 1

1       DATED this 17th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk