Paul A. Kampmeier (WSBA #31560)
Emma Bruden, (Oregon State Bar # 163525)
  *Admitted pro hac vice*
Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
Tel: (206) 223-4088 x 4
paul@kampmeierknutsen.com

Allison LaPlante (Oregon State Bar #023614)
  *Admitted pro hac vice*
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6894
laplante@lclark.edu

*Attorneys for Plaintiff Northwest Environmental Advocates*

The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation, <br><br> Plaintiff, <br><br> v. <br><br> THE U.S. DEPARTMENT OF COMMERCE, *et al.*, <br><br> Defendants, <br><br> and <br><br> THE STATE OF WASHINGTON, <br><br> Defendant-Intervenor. | Case No. 2:16-cv-01866-JCC <br><br> JOINT MOTION FOR BRIEFING SCHEDULE AND **[PROPOSED]** ORDER <br><br> NOTED: March 14, 2018 |

JOINT MOTION FOR BRIEFING
SCHEDULE AND **[PROPOSED]** ORDER – 1
Case No. 2:16-cv-01866-JCC

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff Northwest Environmental Advocates ("NWEA"); Defendants the United States Department of Commerce ("Commerce"), the National Oceanic and Atmospheric Administration ("NOAA"), and the U.S. Environmental Protection Agency ("EPA") (collectively "Federal Defendants"); and Defendant-Intervenor State of Washington hereby stipulate to and request entry of the following order establishing a briefing schedule for NWEA's motion for partial summary judgment, and any cross-motions for partial summary judgment, on claims two and three in NWEA's Second Amended and Supplemental Complaint ("SASC"), Dkt. #74 at ¶¶ 83–92. The parties agree to this schedule to accommodate NWEA's desire to complete summary judgment briefing on claims two and three before NOAA's 2018 Coastal Zone Management Act grant to Washington and EPA's 2018 Clean Water Act grant to Washington, which could be made as early as July 1, 2018.

The parties hereby stipulate and agree as follows:

1. On or before March 16, 2018, Defendants shall file additional administrative record materials related to NWEA's SASC.

2. On or before March 30, 2018, NWEA shall file a motion for partial summary judgment on claims two and three, which shall not exceed twenty-four pages in accordance with Local Rule 7(e)(3).

3. On or before May 4, 2018, Defendants and Defendant-Intervenor shall each file a response/cross-motion for partial summary judgment, on claims two and three, which shall not exceed twenty-four pages in accordance with Local Rule 7(e)(3).

4. On or before May 18, 2018, NWEA shall file a combined reply brief in support of its motion for partial summary judgment and response to any cross-motion for partial summary judgment on claims two and three. If Defendants and Defendant-Intervenor each file a response/cross-motion for partial summary judgment, NWEA may file a combined response/reply brief up to twenty-four pages.

JOINT MOTION FOR BRIEFING
SCHEDULE AND **[PROPOSED]** ORDER – 2
Case No. 2:16-cv-01866-JCC

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4

5. On or before June 1, 2018, Defendants and Defendant-Intervenor shall file any reply briefs in support of any cross-motions for partial summary judgment on claims two and three, which shall not exceed twelve pages in accordance with Local Rule 7(e)(3).

6. The parties may move separately for partial summary judgment on claims four, five, and six in the SASC.

So stipulated this 14th day of March 2018.

| | |
|---|---|
| By: s/Paul Kampmeier<br>Paul A. Kampmeier (WSBA #31560)<br>Kampmeier & Knutsen PLLC<br>615 Second Avenue, Suite 360<br>Seattle, Washington 98104<br>Tel: (206) 223-4088 x 4<br>paul@kampmeierknutsen.com<br><br>*Attorneys for Plaintiff* | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>Environment & Natural Resources Division<br>United States Department of Justice<br><br>By: s/Mele Coleman<br>MELE COLEMAN, Trial Attorney<br>Wildlife & Marine Resources Section<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611<br>(202) 305-0229 (phone)<br>Mele.Coleman@usdoj.gov |
| ROBERT W. FERGUSON<br>Attorney General<br><br>By: s/Ronald Lavigne<br>RONALD L. LAVIGNE, WSBA #18550<br>Senior Counsel<br>State of Washington<br>P.O. Box 40117<br>Olympia, WA 98504-0117<br>(360) 586-6751<br>RonaldL@atg.wa.gov<br><br>*Attorneys for Defendant-Intervenor* | ANNETTE L. HAYES<br>United States Attorney<br><br>BRIAN KIPNIS<br>Assistant United States Attorney<br>for the Western District of Washington<br>5220 United States Courthouse<br>700 Stewart Street, Suite 5220<br>Seattle, WA 98101<br>206-553-7970<br>brian.kipnis@usdoj.gov<br><br>*Attorneys for Defendants* |

IT IS SO ORDERED.

DATED this _____ day of March, 2018.

                                                  _____
                                                  The Honorable John C. Coughenour
                                                  UNITED STATES DISTRICT JUDGE

JOINT MOTION FOR BRIEFING
SCHEDULE AND **[PROPOSED]** ORDER – 3
Case No. 2:16-cv-01866-JCC

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4

CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2018, I electronically filed the foregoing JOINT MOTION FOR BRIEFING SCHEDULE AND [PROPOSED] ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such to the attorneys of record.

<u>s/Paul Kampmeier</u><br>
Paul A. Kampmeier

JOINT MOTION FOR BRIEFING
SCHEDULE AND **[PROPOSED]** ORDER – 4
Case No. 2:16-cv-01866-JCC

Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
(206) 223-4088 x 4