THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendant,<br><br>STATE OF WASHINGTON<br><br>Defendant-Intervenor. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for a briefing schedule for anticipated summary judgment motions (Dkt. No. 85). The Court ADOPTS the briefing schedule as presented by the parties, as follows:

1. On or before March 16, 2018, Defendants shall file additional administrative record materials related to Plaintiff's Second Amended Supplemental Complaint.

2. On or before March 30, 2018, Plaintiff shall file a motion for partial summary judgment

on claims two and three, which shall not exceed twenty-four pages in accordance with Local Rule 7(e)(3).

3. On or before May 4, 2018, Defendants and Defendant-Intervenor shall each file a response/cross-motion for partial summary judgment, on claims two and three, which shall not exceed twenty-four pages in accordance with Local Rule 7(e)(3).

4. On or before May 18, 2018, Plaintiff shall file a combined reply brief in support of its motion for partial summary judgment and response to any cross-motion for partial summary judgment on claims two and three. If Defendants and Defendant-Intervenor each file a response/cross-motion for partial summary judgment, Plaintiff may file a combined response/reply brief up to twenty-four pages.

DATED this 14th day of March 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk