THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

NORTHWEST ENVIRONMENTAL
ADVOCATES,

CASE NO. C16-1866-JCC

AMENDED MINUTE ORDER

11

Plaintiff,

         v.

12

13

U.S. DEPARTMENT OF COMMERCE, *et al.*,

14

Defendant,

15

STATE OF WASHINGTON

16

17

Defendant-Intervenor.

18

19

        The following Amended Minute Order is made by direction of the Court, the Honorable

John C. Coughenour, United States District Judge:

20

21

        This matter comes before the Court on the parties' stipulated motion for a briefing

schedule for anticipated summary judgment motions (Dkt. No. 85). The Court ADOPTS the

22

briefing schedule as presented by the parties, as follows:

23

24

1.      On or before March 16, 2018, Defendants shall file additional administrative record

materials related to Plaintiff's Second Amended Supplemental Complaint.

25

26

2.      On or before March 30, 2018, Plaintiff shall file a motion for partial summary judgment

1  on claims two and three, which shall not exceed twenty-four pages in accordance with Local

2  Rule 7(e)(3).

3  3.       On or before May 4, 2018, Defendants and Defendant-Intervenor shall each file a

4  response/cross-motion for partial summary judgment, on claims two and three, which shall not

5  exceed twenty-four pages in accordance with Local Rule 7(e)(3).

6  4.       On or before May 18, 2018, Plaintiff shall file a combined reply brief in support of its

7  motion for partial summary judgment and response to any cross-motion for partial summary

8  judgment on claims two and three. If Defendants and Defendant-Intervenor each file a

9  response/cross-motion for partial summary judgment, Plaintiff may file a combined

10  response/reply brief up to twenty-four pages.

11  5.       On or before June 1, 2018, Defendants and Defendant-Intervenor shall file any reply

12  briefs in support of any cross-motions for partial summary judgment on claims two and three,

13  which shall not exceed twelve pages in accordance with Local Rule 7(e)(3).

14  6.       The parties may move separately for partial summary judgment on claims four, five, and

15  six in the Second Amended Supplemental Complaint.

16          DATED this 15th day of March 2018.

17                                                          William M. McCool
                                                            Clerk of Court
18
                                                            s/Tomas Hernandez
19                                                          Deputy Clerk

20

21

22

23

24

25

26

AMENDED MINUTE ORDER C16-1866-JCC
PAGE - 2