

**U.S. Department of Justice**
Environment and Natural Resources Division

*Wildlife and Marine Resources Section*　　　　　　　　　　　*Telephone (202) 305-0229*
*P.O. Box 7611*
*Washington, DC 20044*

March 14, 2018

United States District Court for the Western District of Washington
Clerk's Office
700 Stewart Street, Suite 2310
Seattle, WA 98101
206-370-8400

　　　　Re: *Northwest Environmental Advocates v. U.S. Department of Commerce, et al.*; Case
　　　　　　No. 2:16-cv-01866-JCC

Dear Clerk:

　　　Enclosed for manual filing on behalf of the Federal Defendants in the above captioned matter is an amendment to the certified administrative record that was filed with the Court on October 24, 2017 (first part filed, Dkt. # 48 and 49) and November 29, 2017 (second part filed, Dkt. # 61 and 62). Federal Defendants are filing the amendment in response to Plaintiff Northwest Environmental Advocates' Second Amended and Supplemental Complaint (Dkt. # 74). On or before March 16, 2018, Federal Defendants will file, via the Court's ECF system, a Notice of Filing An Amendment to the Administrative Record.

　　　The amendment to the administrative record, which consists of documents from the National Oceanic and Atmospheric Administration and the Environmental Protection Agency that have been Bates numbered, is being provided to the Court on a digital video disc ("DVD") to allow searchable electronic review.[1] The DVD also contains an index and a certification from each agency.

　　　Thank you for your assistance. Please contact me if you have any questions.

　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Mele Coleman
　　　　　　　　　　　　　　　　　　　　　　　Mele Coleman, Trial Attorney


Enclosure: two copies of the DVD containing the amendment to the administrative record (one for the Clerk's Office and a courtesy copy for Judge Coughenour's Chambers).

cc: All counsel of record

---

[1] Federal Defendants are also providing all counsel of record with copies of the DVD. All copies were sent via overnight mail on March 14, 2018.