WAWD - Notice of Filing Paper or Physical Materials with the Clerk (Revised 12/21/12)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

Northwest Environmental Advocates

　　Plaintiff(s),

v.

U.S. Department of Commerce, et al.

　　Defendant(s),

Case No. 2:16-cv-01866-JCC

**NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK**

_An Amendment to the Administrative Record_ is being filed in paper or physical form with the Clerk's Office for the Western District of Washington. The item will remain in the Clerk's custody until appropriate disposition pursuant to the Local Rules of the Western District of Washington.

DATED this _16th_ day of _March_, _2,018_.

_Mele Coleman_

Trial Attorney, Wildlife & Marine Resources Section, ENRD, U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

Name, Address, and Phone Number of Counsel or Pro Se

NOTICE OF FILING PAPER OR PHYSICAL MATERIALS WITH THE CLERK

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2018, I electronically filed the foregoing Notice of Filing Paper of Physical Materials with the Clerk using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter, and further sent, via overnight mail, a physical copy of the DVD containing the Amendment to the administrative record to the Clerk's Office, with a courtesy copy for Chambers, and copies to all counsel of record.
.

          */s/ Mele Coleman*
MELE COLEMAN, Trial Attorney
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0229 (phone)
Mele.Coleman@usdoj.gov

*Trial Attorney for Federal Defendants*