Caroline Lobdell, WSBA #38658
Shay S. Scott, WSBA #23760
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
clobdell@wrlegal.org
sscott@wrlegal.org

Attorneys for Proposed Defendant-Intervenors

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    Plaintiff,<br><br>  v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>    Defendants,<br><br>      and<br><br>WASHINGTON STATE,<br><br>    Defendant-Intervenor,<br><br>      and<br><br>WASHINGTON STATE FARM BUREAU FEDERATION and WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:16-cv-01866-JCC<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL – 1

1   PLEASE TAKE NOTICE that Washington State Farm Bureau Federation (WFB) and
2   Washington Cattlemen's Association (WCA) hereby file a Notice of Appeal to the Ninth Circuit
3   Court of Appeals from the District Court's Order entered on March 7, 2018 (Dkt. 84) denying
4   the WFB's and WCA's Motion to Intervene.
5   The Order is an "appealable 'final decision' within the meaning of 28 U.S.C. § 1291."
6   *League of United Latin American Citizens v. Wilson*, 131 F.3d 1297, 1302 (9th Cir. 1999). This
7   Notice of Appeal is filed within sixty days of the final Order Denying Motion to Intervene (Dkt.
8   84) under FRAP 4(a)(1)(B).
9   Respectfully submitted this 13th day of April, 2018.

10                          /s/ Caroline Lobdell
                            Caroline Lobdell, WSBA #38658
11
                            /s/ Shay S. Scott
12                          Shay S. Scott, WSBA #23760

13                          WESTERN RESOURCES LEGAL CENTER
                            9220 SW Barbur Blvd., Suite 327
14                          Portland, Oregon 97219
                            Telephone: (503) 768-8500
15                          Fax: (503) 222-3255

16                          Attorneys for Proposed Defendant-Intervenors

17

18

19

20

21

22

23

24

NOTICE OF APPEAL – 2

# REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2(b), as modified by Circuit Rule 3-2, proposed defendant-intervenors Washington State Farm Bureau Federation and Washington Cattlemen's Association file this Representation Statement identifying all parties to the action and their counsel.

| | |
|---|---|
| Plaintiff: | Northwest Environmental Advocates |
| Counsel for Plaintiffs: | Allison LaPlante<br>EARTHRISE LAW CENTER<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd<br>Portland, OR 97219<br>503-768-6894<br>laplante@lclark.edu |
| | Emma Bruden<br>KAMPMEIER & KNUTSEN, PLLC<br>P.O. Box 15099<br>Portland, OR 97293<br>503-719-5641<br>emma@kampmeierknutsen.com |
| | Paul August Kampmeier<br>KAMPMEIER & KNUTSEN<br>615 Second Ave, Suite 360<br>Seattle, WA 98104<br>206-223-4088<br>paul@kampmeierknutsen.com |
| Defendants: | U.S. Department of Commerce; National Oceanic and Atmospheric Administration; U.S. Environmental Protection Agency |
| Counsel for Defendants: | Devon Lehman McCune<br>U.S. DEPARTMENT OF JUSTICE<br>ENRD Natural Resources Division<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>303-844-1487<br>Devon.McCune@usdoj.gov |

NOTICE OF APPEAL – 3

|   |   |   |
|---|---|---|
| | | John H. Martin |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | 999 18th St, South Terrace Suite 370 |
| | | Denver, CO 80202 |
| | | 303-844-1383 |
| | | john.h.martin@usdoj.gov |
| | | |
| | | Melenaniikeawakea "Mele" Coleman |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | Wildlife & Marine Resources Section |
| | | P.O. Box 7611 |
| | | Ben Franklin Station |
| | | Washington, DC 20044-7611 |
| | | 202-305-0229 |
| | | mele.coleman@usdoj.gov |
| | | |
| | | Michele L. Walter |
| | | U.S. DEPARTMENT OF JUSTICE |
| | | Environment & Natural Resources Division |
| | | 999 18th St Suite 370 - South Terrace |
| | | Denver, CO 80202 |
| | | 303-844-1345 |
| | | michele.walter@usdoj.gov |
| | Defendant-Intervenor: | WASHINGTON STATE |
| | Counsel for Defendant-Intervenor: | Ronald L. Lavigne |
| | | ATTORNEY GENERAL'S OFFICE |
| | | P.O. Box 40117 |
| | | Olympia, WA 98504-0117 |
| | | 360-586-6751 |
| | | RonaldL@atg.wa.gov |
| | Proposed Defendant-Intervenors: | Washington State Farm Bureau Federation; |
| | | Washington Cattlemen's Association |
| | Counsel for Proposed Defendant-Intervenors: | Caroline Lobdell |
| | | WESTERN RESOURCES LEGAL CENTER |
| | | 9220 SW Barbur Blvd, Suite 327 |
| | | Portland, OR 97219 |
| | | Telephone: (503) 768-8500 |
| | | |
| | | Shay S. Scott |
| | | WESTERN RESOURCES LEGAL CENTER |
| | | 9220 SW Barbur Blvd, Suite 327 |
| | | Portland, OR 97219 |
| | | Telephone: (503) 768-8500 |

NOTICE OF APPEAL – 4

**CERTIFICATE OF SERVICE**

I, Caroline Lobdell, hereby certify that I, on April 13, 2018, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: April 13, 2018          /s/ Caroline Lobdell
                                Caroline Lobdell

NOTICE OF APPEAL – 5