Caroline Lobdell, WSBA #38658
Shay S. Scott, WSBA #23760
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
clobdell@wrlegal.org
sscott@wrlegal.org

Attorneys for Proposed Defendant-Intervenors

The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    Plaintiff,<br><br> v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>    Defendants,<br><br>    and<br><br>WASHINGTON STATE,<br><br>    Defendant-Intervenor,<br><br>    and<br><br>WASHINGTON STATE FARM BUREAU FEDERATION and WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>    Proposed Defendant-Intervenors. | Case No. 2:16-cv-01866-JCC<br><br>**NOTICE OF INTENT NOT TO ORDER TRANSCRIPTS FROM COURT REPORTER FOR APPEAL OF ORDER DENYING INTERVENTION TO NINTH CIRCUIT COURT OF APPEALS, CASE NO. 18-35291** |

NOTICE OF INTENT NOT TO ORDER COURT REPORTER TRANSCRIPT – 1

1   Pursuant to Circuit Rule 10-3.1, appellants Washington State Farm Bureau Federation
2   and Washington Cattlemen's Association hereby notify the appellees and the Court that that
3   appellants will not be ordering any transcripts from the court reporter.
4   Respectfully submitted this 19th day of April, 2018.

/s/ Caroline Lobdell
Caroline Lobdell, WSBA #38658

/s/ Shay S. Scott
Shay S. Scott, WSBA #23760

WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255

Attorneys for Proposed Defendant-Intervenors

NOTICE OF INTENT NOT TO ORDER COURT REPORTER TRANSCRIPT – 2

**CERTIFICATE OF SERVICE**

I, Caroline Lobdell, hereby certify that I, on April 19, 2018, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: April 19, 2018          /s/ Caroline Lobdell
                               Caroline Lobdell