THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　　Defendant,<br><br>STATE OF WASHINGTON<br><br>　　　　　　Defendant-Intervenor. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties', Washington State Farm Bureau's ("WFB"), and Washington Cattleman's Association's ("WCA") stipulated motion for leave for WFB and WCA to file an *amici curiae* brief on the remedy in this matter (Dkt. No. 98.) District courts have "broad discretion" regarding the appointment of *amici*. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). The Court finds that WFB's and WCA's *amici curiae* brief may be helpful to the Court.

*See Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003). Accordingly, the stipulated motion (Dkt. No. 98) is GRANTED.

WFB's and WCA's *amici curiae* brief is due concurrent to Defendant-Intervenor's response/cross-motions to Plaintiff's motion for partial summary judgment and is not to exceed 15 pages. (*See* Dkt. No. 91.) Plaintiff may file a 7-page response to the *amici curiae* brief, either combined with Plaintiff's response/reply brief in support of Plaintiff's motion for partial summary judgment or separately, in which case Plaintiff's response to the *amici curiae* brief is due concurrent to Plaintiff's response/reply brief.

Consistent with their stipulation, WFB and WCA are DIRECTED to withdraw their pending motion for a partial stay pending appeal of the Court's order denying them intervenor status. (*See* Dkt. Nos. 84, 95.)

DATED this 25th day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk