Caroline Lobdell, WSBA #38658
Shay S. Scott, WSBA #23760
WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
clobdell@wrlegal.org
sscott@wrlegal.org

Attorneys for *Amici Curiae*

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>　　　　Defendants,<br><br>　　　　and<br><br>WASHINGTON STATE,<br><br>　　　　Defendant-Intervenor,<br><br>　　　　and<br><br>WASHINGTON STATE FARM BUREAU FEDERATION and WASHINGTON CATTLEMEN'S ASSOCIATION,<br><br>　　　　Amici Curiae. | Case No. 2:16-cv-01866-JCC<br><br>**NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL STAY PENDING APPEAL** |

NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL STAY PENDING APPEAL – 1

Pursuant to the Court's minute order granting the parties' Stipulated Motion for Agricultural Interests to File an *Amici Curiae* Brief on Remedy (Dkt. 99), *amici curiae* Washington State Farm Bureau Federation (WFB) and Washington Cattlemen's Association (WCA) hereby withdraw their pending motion (Dkt. 84) for a partial stay pending appeal of the Court's order denying their status as intervenors.  *See* Dkt. Nos. 84, 95.

Respectfully submitted this 25th day of April, 2018.

/s/ Caroline Lobdell
Caroline Lobdell, WSBA #38658

/s/ Shay S. Scott
Shay S. Scott, WSBA #23760

WESTERN RESOURCES LEGAL CENTER
9220 SW Barbur Blvd., Suite 327
Portland, Oregon 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255

*Attorneys for Amici Curiae*

NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL STAY PENDING APPEAL – 2

**CERTIFICATE OF SERVICE**

I, Caroline Lobdell, hereby certify that I, on April 25, 2018, caused the foregoing to be served upon counsel of record through the Court's electronic service system.

Dated: April 25, 2018          /s/ Caroline Lobdell
                                Caroline Lobdell

NOTICE OF WITHDRAWAL OF MOTION FOR PARTIAL STAY PENDING APPEAL – 3