1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>        Defendants,<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>        Defendant-Intervenor. | No. 2:16-cv-01866-JCC<br><br>NOTICE OF APPEARANCE<br><br>Noted: April 27, 2018 |

      Please enter the appearance of Jody H. Schwarz as counsel in the above-captioned case on behalf of the Defendants, the United States Department of Commerce, the National Oceanic and Atmospheric Administration, and the United States Environmental Protection Agency.  Ms. Schwarz is registered to use the Court's ECF and, thus, may be served electronically using that

U.S. Entry of Appearance
2:16-cv-01866

U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044
202-305-0245

system. If necessary, notices, orders, or other papers alternatively may be sent to Ms. Schwarz at either of the following addresses:

**FIRST CLASS MAIL**

United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044

**OVERNIGHT MAIL DELIVERY**

United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
601 D Street, NW
Washington, DC 20004

**TELEPHONE**

202-305-0245

**FACSIMILE**

202-305-0506

**E-MAIL**

jody.schwarz@usdoj.gov

Notice of Appearance
2:16-cv-01866

U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044
202-305-0245

2

| | |
|---|---|
| 1 | DATED:  April 27, 2018 |
| 2 | Respectfully Submitted, |
| 3 | JEFFREY H. WOOD |
| 4 | Acting Assistant Attorney General<br>Environment & Natural Resources Division |
| 5 | United States Department of Justice |
| 6 | s/ *Jody H. Schwarz* |
| 7 | JODY H. SCHWARZ<br>Natural Resources Section |
| 8 | P.O. Box 7611<br>Washington, DC 20044 |
| 9 | 202-305-0245<br>jody.schwarz@usdoj.gov |
| 10 | |
| 11 | ANNETTE L. HAYES<br>United States Attorney |
| 12 | BRIAN KIPNIS<br>Assistant United States Attorney |
| 13 | for the Western District of Washington<br>5220 United States Courthouse |
| 14 | 700 Stewart Street, Suite 5220<br>Seattle, WA 98101 |
| 15 | 206-553-7970<br>brian.kipnis@usdoj.gov |
| 16 | |
| 17 | *Attorneys for Defendants* |

Notice of Appearance
2:16-cv-01866

U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044
202-305-0245

3

CERTIFICATE OF SERVICE

    I hereby certify that on April 27, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

                                                  s/ *Jody H. Schwarz*
                                                  JODY H. SCHWARZ

Notice of Appearance
2:16-cv-01866

U.S. Dept. of Justice
P.O. Box 7611
Washington, DC 20044
202-305-0245

4