The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>    Plaintiff,<br><br>    v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>    Defendants,<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>    Defendant-Intervenor. | No. 2:16-cv-01866-JCC<br><br>STIPULATED MOTION TO AMEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON COUNTS 2 AND 3<br><br>Noted: May 1, 2018 |

Pursuant to Local Rules 7(d)(1) and 10(g), Plaintiff, Northwest Environmental Advocates; Defendants, the United States Department of Commerce ("Commerce"), The National Oceanic and Atmospheric Administration ("NOAA"), and the Environmental Protection Agency ("EPA") (collectively the "Agencies"); and Defendant-Intervenor State of Washington hereby stipulate to and request entry of the following order amending the briefing

Stipulated Motion to Amend the Briefing Schedule
2:16-cv-01866

U.S. Dept. of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0245

schedule for responses to NWEA's motion for partial summary judgment on claims 2 and 3 in NWEA's Second Amended and Supplemental Complaint ("SASC"), Dkt. #74 at ¶¶ 83-92.

On March 15, 2018, the Court entered its Amended Minute Order entering the parties' stipulated motion for a briefing schedule for anticipated summary judgment motions (Dkt. #85). Dkt. #87. Under the March 15 Order: (1) Defendants were to file additional administrative record materials on March 16, 2018; (2) Plaintiffs were to file their motion for partial summary judgment on March 30, 2018; (3) Defendants and Defendant-Intervenor are to file responses/cross-motions for partial summary judgment not to exceed twenty-four pages by May 4, 2018; (4) Plaintiff is to file a combined reply brief up to twenty-four pages in support its motion for partial summary judgment and a response to any cross-motion for partial summary judgment by May 18, 2018; and (5) Defendants and Defendant-Intervenor shall file any reply briefs in support of any cross-motions for summary judgment not to exceed twelve pages by June 1, 2018.  The parties requested this schedule in order to accommodate Plaintiff's desire to complete summary judgment briefing on claims two and three before NOAA's Coastal Zone Management Act grant to Washington and EPA's 2018 Clean Water Act grant to Washington, which could be made as early as July 1, 2018.

Lead counsel for Defendants with respect to Plaintiff's CZARA claims (Claims 2 and 3) recently returned to the office after being on emergency medical leave for two months. Counsel therefore requires additional time to finish drafting Defendants' response/cross-motion for partial summary judgment. To accommodate counsel's need for an extension, the parties have agreed to extend the remaining briefing schedule by seven days. The parties hereby stipulate and agree as follows: (1) Defendants and Defendant-Intervenor shall each file a response/cross-motion for partial summary judgment not to exceed twenty-four pages by May 11, 2018; (2) Plaintiff shall

Stipulated Motion to Amend the Briefing Schedule
2:16-cv-01866                                    2                          U.S. Dept. of Justice
                                                                            P.O. Box 7611, Ben Franklin Station
                                                                            Washington, DC 20044-7611
                                                                            (202) 305-0245

file a combined reply brief up to twenty-four pages in support of its motion for partial summary judgment and a response to any cross-motion for partial summary judgment by May 25, 2018; (3) Plaintiff may file up to thirty-one pages on reply if the Washington State Farm Bureau Federation and Washington Cattlemen's Association file an amicus brief on remedy (*see* Dkt. #99); (4) Defendants and Defendant-Intervenor shall file any reply briefs in support of any cross-motions for summary judgment not to exceed twelve pages by June 8, 2018; and (5) the parties have reached an agreement regarding notice for issuance of the 2018 grants at issue in this litigation.

DATED:  May 1, 2018

JEFFREY H. WOOD
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

     */s/ Jody H. Schwarz*
JODY H. SCHWARZ, Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0245 (phone)
jody.schwarz@usdoj.gov

ANNETTE L. HAYES
United States Attorney

*/s/ Brian Kipnis*_____
BRIAN KIPNIS
Assistant United States Attorney
for the Western District of Washington
5220 United States Courthouse
700 Stewart Street, Suite 5220
Seattle, WA 98101
206-553-7970
brian.kipnis@usdoj.gov

Stipulated Motion to Amend the Briefing Schedule
2:16-cv-01866                                  3                         U.S. Dept. of Justice
                                                                     P.O. Box 7611, Ben Franklin Station
                                                                         Washington, DC 20044-7611
                                                                              (202) 305-0245

*Attorneys for Defendants*

KAMPMEIER & KNUTSEN PLLC

By: *s/Paul A. Kampmeier*_____
Paul A. Kampmeier, WSBA #31560
Kampmeier & Knutsen PLLC
615 Second Avenue, Suite 360
Seattle, Washington 98104
Tel: (206) 223-4088 x 4
paul@kampmeierknutsen.com

*Attorneys for Plaintiff*


ROBERT W. FERGUSON
Attorney General

By: *s/Ronald L. Lavigne*_____
Ronald L. Lavigne, WSBA #18550
Senior Counsel
State of Washington
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6751
RonaldL@atg.wa.gov

*Attorneys for Defendant-Intervenor*


Based on the foregoing stipulation of the Parties, IT IS SO ORDERED.

Dated this ____ day of May, 2018.


_____
UNITED STATES DISTRICT JUDGE

Stipulated Motion to Amend the Briefing Schedule
2:16-cv-01866                              4                          U.S. Dept. of Justice
                                                       P.O. Box 7611, Ben Franklin Station
                                                              Washington, DC 20044-7611
                                                                         (202) 305-0245

**CERTIFICATE OF SERVICE**

I certify that on May 1, 2018, the foregoing will be electronically filed with the Court's electronic filing system, which will generate automatic service upon on all Parties enrolled to receive such notice.

         */s/ Jody H. Schwarz*
JODY H. SCHWARZ, Trial Attorney
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0245 (phone)
jody.schwarz@usdoj.gov

*Trial Attorney for Defendants*

Stipulated Motion to Amend the Briefing Schedule
2:16-cv-01866                    5                    U.S. Dept. of Justice
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0245