The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, agencies of the United States of America<br><br>Defendants,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Defendant-Intervenor. | NO. 2:16-cv-01866-JCC<br><br>DECLARATION OF BRIAN LYNN IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS TWO AND THREE AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS TWO AND THREE |

I, Brian Lynn, declare under penalty of perjury under the laws of the state of Washington that the following is true and correct.

1. I am now and at all times mentioned a citizen of the United States and a resident of the state of Washington, over the age of 18 years, competent to make this declaration, and make this declaration from my own personal knowledge and judgment.



ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

2. I am employed by the Washington Department of Ecology as the Coastal/Shorelands Section Manager with the Shorelands and Environmental Assistance Program. I have been in this position for 17 years.

3. As part of my duties for the Department of Ecology, I am responsible for overseeing the administration of the state's federally approved Coastal Zone Management Program.

4. Washington's Coastal Zone Management Program works with cities and counties, federal agencies, Tribes, and stakeholders in Puget Sound and along the Pacific Coast to preserve and protect coastal resources. Washington's Coastal Zone Management Program applies to all the lands and waters in the 15 coastal counties (3,300 miles of shoreline and 133 local governments), and extends seaward three nautical miles into the ocean. While federal and tribal lands are excluded, Ecology partners closely with management agencies and Tribes to ensure efforts are coordinated.

5. Between 2011 and 2017, Ecology received $14,069,500 in section 306 Coastal Zone Management Act (CZMA) funds. Ecology matched these funds 100% with state funds, so Ecology awarded a total of $28,139,000 for important coastal management work between 2011 and 2017. These funds have already been spent on important coastal management work in Washington. This work includes partnering with 133 cities and counties within Washington's coastal zone to comprehensively update and implement their shoreline regulations (99 comprehensive updates completed between 2011–2017); acquiring, protecting, and restoring natural resources and important habitats at 31 individual projects that acquired and/or restored 8,129 acres of coastal wetland habitat; and partnering with federal agencies, state resource agencies, and local governments to develop and implement wetland mitigation programs that restore and protect coastal habitats to attain no net loss of wetland function and area.

6. The CZMA section 306 funds Ecology received from NOAA between 2011 and 2017 have already been spent. If Ecology is required to return some or all of the CZMA funds



ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

received between 2011 and 2017, Ecology would have to obtain a legislative appropriation. If this was unsuccessful, Ecology would likely be forced to repay the funds with money the agency would otherwise use to fund projects to preserve and protect Washington's coastal resources. As a consequence, Washington's coastal resources would receive less environmental protection.

7. If the Court directs NOAA to withhold 30% of any CZMA section 306 funds NOAA awards to Washington in 2018, Ecology will be required to eliminate six staff positions that work closely with citizens, local governments, tribes, and others to preserve and protect Washington's coastal resources. The elimination of six staff positions would reduce Ecology's ability to preserve and protect Washington's coastal resources.

DATED this 11th day of May, 2018, at Lacey, Washington.

BRIAN LYNN



ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770

CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 11th day of May, 2018.

/s/ Ronald L. Lavigne
Ronald L. Lavigne, WSBA #18550
Senior Counsel
360-586-6751
*RonaldL@atg.wa.gov*



ATTORNEY GENERAL OF WASHINGTON
Ecology Division
PO Box 40117
Olympia, WA 98504-0117
360-586-6770