The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF COMMERCE, THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, agencies of the United States of America

Defendants,

and

STATE OF WASHINGTON,

Defendant-Intervenor.

NO. 2:16-cv-01866-JCC

DECLARATION OF BEN RAU IN SUPPORT OF STATE OF WASHINGTON'S RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS TWO AND THREE AND CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS TWO AND THREE

I, Ben Rau, declare under penalty of perjury under the laws of the state of Washington that the following is true and correct.

1. I am now and at all times mentioned a citizen of the United States and a resident of the state of Washington, over the age of 18 years, competent to make this declaration, and make this declaration from my own personal knowledge and judgment.

2. I am employed by the Washington Department of Ecology as the Watershed Planning Unit Supervisor with the Water Quality Program. I have been in this position since April 1, 2018. Prior to taking over as the unit supervisor, I was the Section 319 Program Coordinator in the Watershed Planning Unit. I was the Section 319 Program Coordinator for six years and seven months.

3. As part of my duties for the Department of Ecology, I am responsible for overall management of the Section 319 Nonpoint Program and administration of the section 319 grant from EPA.

4. Ecology's Water Quality Program awards funds it receives under section 319 of the Clean Water Act to Indian Tribes, nonprofit organizations, state agencies and local governments to perform nonpoint pollution control projects. The Water Quality Program also uses a portion of the funds it receives to support Program staff. Below are examples of projects Washington has funded with section 319 money between 2011 and 2017.

5. The projects Washington funded with EPA's 2011 section 319 grant funds included $50,442 awarded to the Nisqually Indian Tribe for Phase I of the Ohop Valley Restoration project, $37,344 awarded to Clark Public Utilities for the Salmon Creek Riparian Restoration project, and $12,343 awarded to Jefferson County Public Health for the Hood Canal Watershed Clean Water project.

6. The projects Washington funded with EPA's 2012 section 319 grant funds included $238,875 awarded to the Adopt a Stream Foundation for a riparian restoration project on Catherine Creek and a streambank erosion control project on the Little Pilchuck Creek, both in Snohomish County, and $109,310 awarded to Sound Salmon Solutions to establish a continuous riparian buffer along a 1.5 mile denuded and degraded portion of the Lower Snoqualmie River in King County. The project included livestock exclusion fencing and buffer strips to reduce nutrient flow into the River, reducing fecal coliform inputs from agricultural operations.

7. The projects Washington funded with EPA's 2013 section 319 grant funds included: (1) $189,868 to the Nisqually Indian Tribe for Phase II of the Ohop Valley Restoration project in Pierce County, which involved re-meandering 1.4 miles of a stream bed, reconnecting a floodplain and revegetating over 80 acres of former pasture to restore aquatic and riparian habitat; (2) $75,000 to Puget Soundkeeper Alliance to provide technical assistance and educational tools to assist marinas with certification under the Clean Marina Washington program; and (3) $240,000 to Adopt A Stream Foundation for the Thornton Creek Streamkeepers program which provides door-to-door outreach to streamside landowners and implements best management practices to reduce non-point source pollution in this King County waterway.

8. The projects Washington funded with EPA's 2014 section 319 grant funds included: (1) $249,070 to the Lower Columbia Estuary Partnership to restore native riparian and wetland vegetation on 30 acres of the La Center Bottoms area along the East Fork of the Lewis River and two acres of Breeze Creek, both located in Clark County; (2) $104,728 to Sound Salmon Solutions to remove invasive plants and plant native trees and shrubs in a 100–330 foot wide buffer on 8.45 acres of the Stillaguamish River; and (3) $160,015 to Adopt a Stream Foundation for a project to restore 12 acres of riparian forest along Munson Creek in Marysville.

9. The projects Washington funded with EPA's 2015 section 319 grant funds included: (1) $103,500 to Wild Fish Conservancy for a project to restore Lower Langlois Creek and 6 acres of the adjacent floodplain within the Snoqualmie River Basin to enhance fish habitat and water quality by removing invasive vegetation, and planting native shrubs and trees; (2) $58,888.89 to King County Water and Land Resources Division to revegetate a riparian zone in a degraded reach of Newaukum Creek to improve fish and wildlife habitat; and (3) $35,882 to Capitol Land Trust to establish a 100 foot riparian buffer on half a mile of Mima Creek in Thurston County.

10. The projects Washington funded with EPA's 2016 section 319 grant funds included: (1) $139,300 to the Nooksack Indian Tribe for a project to restore degraded streamside forests along the South Fork Nooksack River in Whatcom County; (2) $249,938 to Stewardship Partners for a project to improve water quality by restoring fish and wildlife habitat along the mainstem of the Snoqualmie River with four agricultural landowners; and (3) $126,910 to Adopt a Stream Foundation for a project to restore approximately 8.8 acres of riparian vegetation on the Middle Fork Quilceda Creek in Marysville.

11. The projects Washington funded with EPA's 2017 section 319 grant funds included: (1) $167,670 to the Lower Columbia Estuary Partnership for a project to re-establish native riparian and wetland vegetation in 4 acres of the Salmon Creek Greenway in Clark County; (2) $112,500 to Pacific County Anglers for a project to reconstruct the historic channel, and plant native species in the riparian area of Stringer Creek in Pacific County; and (3) $249,795 to the Skagit Fisheries Enhancement Group to plant 25 acres of riparian buffer and construct 4,000 feet of livestock exclusion fencing along Skagit River side channels impacted by livestock grazing and lack of shade.

12. The projects listed above are just a sample of the many projects Washington has funded with the Clean Water Act section 319 funds Washington received from EPA between 2011 and 2017. All funds awarded prior to 2014 have already been spent. Ecology received $5,770,000 for the years 2014–2015. As of March 31, 2018, $350,354.69 is unspent but is obligated through grant agreements with the nonprofit organizations and local governments that are performing nonpoint pollution control projects. The 2014–2015 grant closes on June 30, 2018 and I anticipate that the majority of the remaining $350,354.69 will be spent. Anything left unspent will be returned to EPA. Ecology received $5,872,900 for the years 2016–2017. As of March 31, 2018, $1,961,298.10 is unspent. Of the unspent funds, $1,670,297.43 is obligated through grant agreements with the nonprofit organizations, and

local governments that are performing nonpoint pollution control projects, and $290,998.67 is allocated to support Ecology staff. The 2016–2017 grant closes on June 30, 2020.

13. If Ecology is required to return some or all of the spent funds, Ecology would either have to obtain a legislative appropriation or attempt to recover the money from the Indian Tribes, nonprofit organizations, state agencies and local governments that performed pollution control projects with the funds Ecology awarded between 2011 and 2017. I do not know if either of these options would be successful. If neither of these options are successful, Ecology would likely be forced to repay the funds with money the agency would otherwise use to fund pollution control projects throughout the state of Washington. If Ecology is required to return some or all of the unspent but obligated funds, Ecology would have to attempt to cancel the grant agreements with recipients and de-obligate the grant funds. This would stop the implementation of planned pollution control projects throughout the state of Washington, and would likely mean that the nonprofit organizations and local governments that have grant agreements with Ecology would not be reimbursed for pollution control work they have already completed but have not yet been reimbursed for.

14. If the Court directs EPA to withhold 30% of any Clean Water Act section 319 funds EPA awards to Washington in 2018, Ecology will be forced to significantly reduce the funds Ecology provides to Indian Tribes, nonprofit organizations, state agencies and local governments to perform pollution control projects.

DATED this 11 day of May, 2018, at Lacey, Washington.

_____
BEN RAU

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 11th day of May, 2018.

/s/ Ronald L. Lavigne
Ronald L. Lavigne, WSBA #18550
Senior Counsel
360-586-6751
*RonaldL@atg.wa.gov*