THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants.<br><br>and<br><br>THE STATE OF WASHINGTON,<br><br>Defendant-Intervenor. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for reconsideration (Dkt. No. 113) of the Court's order granting partial summary judgment to Defendants (Dkt. No. 112). Plaintiff alleges the Court erred in (1) requiring Plaintiff to prove standing to avoid summary judgment in Defendants' favor and (2) applying a "reasonably probable" standard to the issue of redressability. (Dkt. No. 113 at 3–7.) Plaintiff also seeks leave to conduct limited discovery, if necessary, to establish standing. (*Id*. at 5–6.) The Court DIRECTS Defendants to respond to Plaintiff's motion by Monday, August 13, 2018. The response shall not exceed six (6) pages.

Should Plaintiff wish to file a reply, it must do so by Monday, August 20, 2018. Plaintiff's reply shall be limited to the issues raised in Defendant's response and shall not exceed three (3) pages. The Clerk is DIRECTED to re-note the motion for reconsideration (Dkt. No. 113) to Monday August 20, 2018.

DATED this 30th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk