THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

Plaintiff,

v.

THE U.S. DEPARTMENT OF COMMERCE, *et al.*,

Defendants.

CASE NO. C16-1866-JCC

ORDER

This matter comes before the Court on Plaintiff's motion for extension of discovery deadlines, pretrial deadlines, and the trial date (Dkt. No. 120). The motion is opposed by Defendants and Defendant-Intervenor. (Dkt. Nos. 121, 124.) Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

The facts of this case have been outlined in previous orders. (*See, e.g.*, Dkt. No. 39.) The current deadlines are as follows: the discovery deadline is October 7, 2018; the dispositive motions deadline is November 6, 2018; the proposed pretrial order is due January 25, 2019; trial briefs are due January 31, 2019; and trial is set for February 4, 2019. (Dkt. No. 55.) Plaintiff now requests that the Court extend all of these deadlines by approximately four months and add an expert disclosure deadline. (Dkt. No. 120 at 2–3.) Plaintiff's request for a continuance is based

on: (1) the fact that Plaintiff has been focusing its resources in this case on its Coastal Zone Act Reauthorization Amendments claims, which were scheduled to be resolved first; (2) the fact that this request is Plaintiff's first; (3) that Plaintiff expects Defendants to dispute Plaintiff's discovery requests and, with the current deadline set as it is, Plaintiff will not have time to submit additional discovery requests and settle discovery disputes; and (4) the complexity of the case and claims. (*Id.* at 3–4.)

The Court concludes good cause exists to continue this case's deadlines. Plaintiff has diligently pursued prosecution of this case and has diligently pursued discovery. Moreover, the Court finds that a continuance of discovery deadlines would not prejudice Defendants or Defendant-Intervenor. Keeping in mind that the Court altered some of the suggested dates, the Court GRANTS the motion to extend deadlines to the following dates:

1. Expert disclosures are due by December 14, 2018;
2. The discovery cutoff is February 3, 2019;
3. Dispositive motions are due by March 5, 2019;
4. Proposed pretrial order is due by May 22, 2019;
5. Trial briefs are due by May 29, 2019;
6. Trial to begin June 3, 2019 at 9:30 a.m.

DATED this 26th day of September 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C16-1866-JCC
PAGE - 2