UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the scheduling order (Dkt. No. 131). Before the Court can consider the order, Plaintiff's attorney(s) need to sign the stipulated motion. The motion has Plaintiff's attorney's signature block, but no signature. (*See* Dkt. No. 131 at 4.) The parties are directed to SUBMIT an amended stipulated motion with all necessary signatures.

*//*

*//*

*//*

*//*

1    DATED this 16th day of November 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1866-JCC
PAGE - 2