THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

          Plaintiff,

v.

THE U.S. DEPARTMENT OF COMMERCE, *et al.*,

          Defendants.

CASE NO. C16-1866-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend the scheduling order (Dkt. No. 134). The Court GRANTS the motion and amends the scheduling order as follows:

|  | **Due Date** |
| --- | --- |
| Expert Disclosures | December 21, 2018 |
| Expert Disclosure Rebuttals | February 1, 2019 |
| Discovery Cutoff | March 11, 2019 |
| Dispositive Motions | April 12, 2019 |
| Proposed Pretrial Order | July 31, 2019 |

MINUTE ORDER
C16-1866-JCC
PAGE - 1

| 1 | Trial Briefs | August 7, 2019 |
|---|---|---|

2  The trial date is EXTENDED to August 12, 2019 at 9:30 a.m.

3  DATED this 16th day of November 2018.

<pre>
                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk
</pre>