THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST ENVIRONMENTAL ADVOCATES,

Plaintiff,

v.

THE U.S. DEPARTMENT OF COMMERCE, *et al.*,

Defendants.

CASE NO. C16-1866-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend dates for briefing on Plaintiff's motion for leave to take discovery (Dkt. No. 133). The motion is GRANTED. Defendants and Defendant-Intervenor must respond to Plaintiff's motion (Dkt. No. 129) by November 30, 2018. Plaintiff's reply is due no later than December 7, 2018. The motion (Dkt. No. 129) is RENOTED to December 7, 2018.

//

//

//

//

MINUTE ORDER
C16-1866-JCC
PAGE - 1

DATED this 19th day of November 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk