THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to stay all proceedings (Dkt. No. 143). Finding good cause, the motion is GRANTED. The scheduling order is STAYED until appropriations have been restored to Defendants. The parties shall file a joint motion proposing a new scheduling order within seven days of Congress restoring appropriations to Defendants.

//

//

//

MINUTE ORDER
C16-1866-JCC
PAGE - 1

1       DATED this 14th day of January 2019.

                                            William M. McCool
                                            Clerk of Court

                                            s/Tomas Hernandez
                                            Deputy Clerk