THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | CASE NO. C16-1866-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE U.S. DEPARTMENT OF COMMERCE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to lift the stay and set a new case management schedule (Dkt. No. 145). The motion is GRANTED. The case management schedule is EXTENDED to the following dates:

| | Due Date |
|---|---|
| Expert Disclosure Rebuttals | March 19, 2019 |
| Discovery Cutoff | April 26, 2019 |
| Dispositive Motions | June 21, 2019 |
| Proposed Pretrial Order | November 27, 2019 |
| Trial Briefs | December 4, 2019 |

1       The stay in this case is LIFTED. The trial date is EXTENDED to December 9, 2019 at

2 9:30 a.m.

3       DATED this 5th day of February 2019.

4                            <u>William M. McCool</u>
                           Clerk of Court

5

6                            <u>s/Tomas Hernandez</u>
                           Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C16-1866-JCC
PAGE - 2