UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the discovery deadline (Dkt. No. 150). The motion is GRANTED. Discovery shall be completed by May 10, 2019. The remainder of the case management deadlines remain unchanged.

DATED this 8th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk