THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to vacate the current case management schedule and to stay the case (Dkt. No. 152). The motion is GRANTED. The current case management schedule (Dkt. Nos. 146, 151) is VACATED. The case is STAYED until June 25, 2019. The parties are DIRECTED to file a motion to govern on or before June 25, 2019.

//

//

//

1       DATED this 26th day of April 2019.

2                                              William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1866-JCC
PAGE - 2