# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend stay (Dkt. No. 155). The motion is GRANTED. The stay is EXTENDED until August 24, 2019. In accordance with the Ninth Circuit's memorandum (Dkt. No. 154), the parties are ORDERED to include Washington Cattlemen's Association (WCA) and Washington State Farm Bureau Federation (WFB) in their settlement negotiations. The Clerk is DIRECTED to send copies of this order to counsel for all parties, including counsel for WCA and WFB.

//

//

1     DATED this 25th day of June 2019.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk

MINUTE ORDER  
C16-1866-JCC  
PAGE - 2