THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' unopposed motion to extend the stay (Dkt. No. 160). The motion is GRANTED. The stay is EXTENDED until November 25, 2019. The parties are DIRECTED to file a motion to govern on or before November 25, 2019.

DATED this 26th day of August 2019.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C16-1866-JCC
PAGE - 1