UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | CASE NO. C16-1866-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE U.S. DEPARTMENT OF COMMERCE *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay (Dkt. No. 162). The motion is GRANTED. The stay is EXTENDED for 60 days from the date of entry of this order. The parties are DIRECTED to file a motion to govern on or before the expiration of the stay. In addition, Plaintiff, the Federal Defendants, and the State of Washington are DIRECTED to (1) share all written settlement communications with the Washington State Farm Bureau and Washington Cattlemen's Association and to (2) invite the Washington State Farm Bureau and Washington Cattlemen's Association to all substantive oral settlement communications.

//

1    DATED this 6th day of December 2019.

2                                        <u>William M. McCool</u>
                                         Clerk of Court
3
                                         <u>s/Tomas Hernandez</u>
4                                        Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
C16-1866-JCC
PAGE - 2