1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, | CASE NO. C16-1866-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| THE U.S. DEPARTMENT OF COMMERCE *et al.*, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the stay (Dkt. No. 164). The Court hereby GRANTS the motion and EXTENDS the stay for 60 days from the date of entry of this order. The moving parties must file a motion to govern on or before the expiration of the stay.

DATED this 5th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk