THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THE U.S. DEPARTMENT OF COMMERCE *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

　　　The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

　　　This matter comes before the Court on the parties' stipulated motion to extend the stay (Dkt. No. 168). The Court hereby GRANTs the motion and EXTENDS the stay for 60 days from the date of entry of this order. The moving parties must file a motion to govern on or before the expiration of the stay.

　　　DATED this 10th day of June 2020.

　　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　s/Tomas Hernandez
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
C16-1866-JCC
PAGE - 1