The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>     Plaintiff,<br><br>      v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>     Federal Defendants, and<br><br>THE STATE OF WASHINGTON,<br><br>     Defendant-Intervenor, and<br><br>WASHINGTON STATE FARM BUREAU FEDERATION, *et al.*,<br><br>     Defendant-Intervenors. | Case No. 2:16-cv-01866-JCC<br><br>STIPULATED MOTION<br>TO EXTEND THE STAY<br><br>NOTED:  August 10, 2020 |

This case has been stayed since April 26, 2019 (ECF No. 153) to allow the parties to explore settlement.  Pursuant to the Court's most recent stay order, entered June 10, 2020 (ECF No. 169), Plaintiff Northwest Environmental Advocates, Federal Defendants the U.S. Department of Commerce, *et al.*, Defendant-Intervenor the State of Washington, and Defendant

STIPULATED MOTION TO EXTEND THE STAY - 1
Case No. 2:16-cv-01866-JCC

Intervenors Washington State Farm Bureau Federation and Washington Cattlemen's Association (collectively, the "Parties") now stipulate and move the Court to extend the existing stay an additional 90-days so that the parties can attempt to finalize an agreement to resolve this matter.

Since entry of the most recent order staying this case, the Parties have reached an agreement in principle on the merits of the case, which is subject to approval by the appropriate officials with the United States Environmental Protection Agency ("EPA") and the United States Department of Justice. While Federal Defendants have begun the requisite approval process, additional time is needed to finalize the agreement and obtain the necessary approvals by the appropriate officials within the federal government. Additionally, more time will be needed for EPA to put the proposed settlement out for a 30-day public comment period as well as time to review and analyze any comments received. Thus, an additional stay is necessary to allow the Parties an opportunity to resolve this matter through settlement. *See Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (district court should consider potential of "simplifying" issues of law, the "orderly course of justice" and the "hardship" to parties absent a stay in weighing discretion); *see also Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936) (district courts have inherent discretion to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). Accordingly, there is good cause for extending the temporary stay by 90-days so that the parties can attempt to finalize an agreement to resolve this matter.

STIPULATED MOTION TO EXTEND THE STAY - 2
Case No. 2:16-cv-01866-JCC

So stipulated and respectfully submitted this 10th day of August 2020.

/s/ Allison LaPlante
ALLISON LAPLANTE
(OSB #023614)
   *Admitted Pro Hac Vice*
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
(503) 768-6894
laplante@lclark.edu

/s/ Paul Kampmeier
PAUL KAMPMEIER
Kampmeier & Knutsen
811 First Avenue, Suite 468
Seattle, WA 98104
(206) 858-6983
Paul@kampmeierknutsen.com

*Attorneys for Plaintiff*

/s/ Ronald Lavigne
RONALD L. LAVIGNE
(WSBA #18550)
Senior Counsel
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6751
RonaldL@atg.wa.gov

*Attorney for Defendant-Intervenor State of Washington*

/s/ Briena L. Strippoli
BRIENA L. STRIPPOLI
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611
(202) 305-0339
briena.strippoli@usdoj.gov

/s/ Michele L. Walter
MICHELE L. WALTER
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
999 18th Street
South Terrace – Suite 370
Denver, CO 80202
(303) 844-1345
Michele.Walter@usdoj.gov

*Attorneys for Federal Defendants*

/s/ Caroline Lobdell
CAROLINE LOBDELL
(WSBA #38658)
Western Resources Legal Center
9220 SW Barbur Boulevard,
Suite 119-327
Portland, OR 97219
(503) 768-8500
clobdell@wrlegal.org

*Attorney for Defendant-Intervenor Washington State Farm Bureau and Washington Cattlemen's Association*

STIPULATED MOTION TO EXTEND THE STAY - 3
Case No. 2:16-cv-01866-JCC

**CERTIFICATE OF SERVICE**

I, Briena Strippoli, hereby certify that, on August 10, 2020, I electronically filed the foregoing document in the above-captioned action with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

/s/ Briena L. Strippoli
Briena L. Strippoli
(MD#0612130372)
Attorney for Federal-Defendants