THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>       Plaintiff,<br>   v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>       Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule on Plaintiff Northwest Environmental Advocates' motion for attorney fees (Dkt. No. 191). Plaintiff and the Federal Defendants[1] request that the Court extend Federal Defendants' deadline to respond to Plaintiff's motion until May 6, 2021 and Plaintiff's reply deadline until May 20, 2021 because the parties have reached a tentative settlement and Federal Defendants must seek approval from appropriate officials. (*See id.*) The Court finds good cause

---

[1] "Federal Defendants" is not defined with precision in the motion, but the Court understands the term to refer to the U.S. Department of Commerce, the National Oceanic and Atmospheric Administration, and the U.S. Environmental Protection Agency.

MINUTE ORDER
C16-1866-JCC
PAGE - 1

and GRANTS the motion. Although the State of Washington did not join the stipulation, the Court concludes that its deadline to respond to Plaintiff's motion, if it chooses to respond, should also be extended until May 6, 2021. Accordingly, the Court DIRECTS the Clerk to renote Plaintiff's motion for attorney fees (Dkt. No. 177) for consideration on May 20, 2021. Defendants must file any responses to Plaintiff's motion no later than May 6, 2021.

DATED this 15th day of April 2021.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk