THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES,<br><br>Plaintiff,<br><br>v.<br><br>THE U.S. DEPARTMENT OF COMMERCE, *et al.*,<br><br>Defendants. | CASE NO. C16-1866-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the briefing schedule on Plaintiff Northwest Environmental Advocates' motion for attorney fees (Dkt. No. 193). Plaintiff and the Federal Defendants[1] request that the Court extend Federal Defendants' deadline to respond to Plaintiff's motion until July 6, 2021 and Plaintiff's reply deadline until July 20, 2021 because the parties have signed a settlement agreement that will resolve the motion provided that Plaintiff receives payment according to the terms of the

---

[1] "Federal Defendants" is not defined with precision in the motion, but the Court understands the term to refer to the U.S. Department of Commerce, the National Oceanic and Atmospheric Administration, and the U.S. Environmental Protection Agency.

MINUTE ORDER
C16-1866-JCC
PAGE - 1

agreement. (*See id.* at 2.) The Court finds good cause and GRANTS the motion. Although the State of Washington did not join the stipulation, the Court concludes that its deadline to respond to Plaintiff's motion, if it chooses to respond, should also be extended until July 20, 2021. Accordingly, the Court DIRECTS the Clerk to renote Plaintiff's motion for attorney fees (Dkt. No. 177) for consideration on July 20, 2021. Defendants must file any responses to Plaintiff's motion no later than July 6, 2021.

DATED this 6th day of May 2021.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk

MINUTE ORDER  
C16-1866-JCC  
PAGE - 2