The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, an Oregon non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, THE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, and THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, agencies of the United States of America,<br><br>    Defendants,<br><br>    and<br><br>STATE OF WASHINGTON, THE WASHINGTON CATTLEMEN'S ASSOCIATION and THE WASHINGTON STATE FARM BUREAU FEDERATION<br><br>    Defendant-Intervenors. | NO. 2:16-cv-01866-JCC<br><br>[~~PROPOSED~~] ORDER GRANTING STATE OF WASHINGTON'S UNOPPOSED MOTION TO MODIFY STIPULATED ORDER OF DISMISSAL |

The Court hereby grants Defendant-Intervenor State of Washington's Unopposed Motion (**Dkt 202**) to Modify Stipulated Order of Dismissal, and extends the deadline for Washington to complete the development of the remaining chapters of agricultural BMP

1  guidance, under paragraph 2.a.ii of the Stipulated Order of Dismissal (ECF #175) from
2  December 31, 2025, to February 13, 2026, the date on which Washington plans to submit to
3  EPA the 2025 319 Plan Update. All other deadlines in the Stipulated Order of Dismissal
4  remain unchanged.
5      IT IS SO ORDERED.
6      DATED this 31st day of December 2025.

_____
The Honorable John C. Coughenour
United States District Judge

Presented by:

NICHOLAS W. BROWN
Attorney General

*s/ Adam L. Levitan*
ADAM L. LEVITAN, WSBA #59818
Assistant Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
360-586-4616
*adam.levitan@atg.wa.gov*

*Attorneys for Defendant-Intervenor
State of Washington*

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system. Participants in this case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 30th day of December 2025.

*s/ Adam L. Levitan*
Adam L. Levitan, WSBA #59818
Assistant Attorney General
*adam.levitan@atg.wa.gov*
360-586-4616